# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2012

143873

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v
                                    SC: 143873
                                      COA: 305012
                                      Kent CC: 10-001487-FC

RAHEIM JAMAR REID,
        Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 31, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2012

p0123

_____
Clerk